An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ISAAC ASUSTA,
Appellant,
vs.
JAMES "GREG" COX, DIRECTOR OF
THE DEPARTMENT OF
CORRECTIONS,
Respondent.

No. 64209

**FILED**

DEC 1 1 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from an order of the district court denying a post-conviction petition for a writ of habeas corpus. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

Appellant filed his petition on June 27, 2012, more than one year after issuance of the remittitur on direct appeal on June 20, 2011. *Asusta v. State*, Docket No. 53053 (Order of Affirmance, May 26, 2011). Thus, appellant's petition was untimely filed and procedurally barred absent a demonstration of good cause—cause for the delay and undue prejudice. *See* NRS 34.726(1); *Gonzales v. State*, 118 Nev. 590, 593-94, 53 P.3d 901, 902-03 (2002). "Application of the statutory procedural default rules to post-conviction habeas petitions is mandatory." *State v. Eighth Judicial Dist. Court (Riker)*, 121 Nev. 225, 231, 112 P.3d 1070, 1074 (2005).

Appellant did not attempt to provide cause for the delay. Accordingly, appellant failed to meet his burden to overcome the procedural bar. *See State v. Haberstroh*, 119 Nev. 173, 181, 69 P.3d 676,

SUPREME COURT
OF
NEVADA

(O) 1947A

14-40420

681 (2003). Therefore, the district court did not err in denying the petition.[1] Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, C.J.
Gibbons

_____, J.          _____, J.
Pickering                                  Saitta

cc:  Hon. Steve L. Dobrescu, District Judge
     Thomas Michaelides
     Sears Law Firm, Ltd.
     Attorney General/Carson City
     White Pine County Clerk

_____

[1]The district court denied the petition on the merits, but as discussed previously, should have denied the petition as procedurally barred. However, we affirm because the district court reached the right result in denying the petition. *See Wyatt v. State*, 86 Nev. 294, 298, 468 P.2d 338, 341 (1970).